UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JOSE RAMON DURAN-GUIRIGAY,        )  No. 5:26-cv-03728-JDE
                    Petitioner,   )
        v.                        )  JUDGMENT
                                  )
FERETI SEMAIA, et al.,            )
                                  )
                    Respondents.  )
                                  )
                                  )

        In accordance with the Order Regarding Petition,

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) granted in part, with Respondents ORDERED to immediately release Petitioner Jose Ramon Duran-Guirigay (A# 246 150 742) from custody, subject to the conditions of his preexisting parole, and returning his belongings that were taken from him at the time of his arrest; and (2) denying the Petition without prejudice in all other respects as moot and/or speculative.

Dated: July 10, 2026

_____
JOHN D. EARLY
United States Magistrate Judge